UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO,

        Plaintiff,

- against -

KREWE DU OPTIC, LLC,

        Defendant.

23-cv-4333 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On June 29, 2023, this Court granted the defendant's request to extend the time to answer the complaint to July 20, 2023. To date, no answer has been filed.

The time for the defendants to answer or respond to the complaint is extended to **August 25, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

SO ORDERED.

Dated:   New York, New York
         July 27, 2023

                                        John G. Koeltl
                                   United States District Judge